IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| APRIL PLOEGER,<br><br>               Plaintiff,<br><br>   v.<br><br>TRUSTEES OF UNIVERSITY OF PENNSYLVANIA,<br><br>               Defendant. | CIVIL ACTION<br>NO. 22-2389 |

**ORDER**

**AND NOW**, this 2nd day of December 2024, upon consideration of the unopposed letter dated November 25, 2024 from Leslie Miller Greenspan, Esquire, counsel for Defendant (Doc. No. 34) requesting a further extension of the expert discovery deadlines in the above-captioned case, it is **ORDERED** that the October 15, 2024 Amended Scheduling Order (Doc. No. 33) is **AMENDED** as follows:  Counsel for each party shall serve upon counsel for every other party the information referred to in Federal Rule of Civil Procedure 26(a)(2)(B) by expert report no later than January 2, 2024. If the evidence is intended solely to contradict or rebut evidence on the same subject matter identified by another party, counsel shall serve the information on counsel for every other party no later than January 16, 2024. Expert depositions, if any, shall be concluded no later than January 30, 2024. All other deadlines in the October 15, 2024 Amended Scheduling Order (Doc. No. 33) remain the same.

                                                     BY THE COURT:


                                                     /s/ Joel H. Slomsky, J.
                                                   JOEL H. SLOMSKY, J.