

December 30, 2024

**Via ECF**
The Honorable Joel H. Slomsky
United States District Court
5614 James A. Byrne United States Courthouse
601 Market Street
Philadelphia, PA 19106

        RE:    April Ploeger v. The Trustees of the University of Pennsylvania, E.D. Pa., No. 2:22-cv-02389-JHS

Dear Judge Slomsky:

On behalf of the Defendant, The Trustees of the University of Pennsylvania, this letter follows my letters to the Court dated October 10 and November 25, 2024 related to the expert deadlines in this case (docs. 31 and 34). This extension request is unopposed by Plaintiff's counsel.

When we last wrote to the Court on November 25, we still needed to schedule Plaintiff for two hours of vocational testing. That testing just occurred on December 18, 2024, and additional time is required to generate the expert reports. Given the delays associated with completing Plaintiff's expert testing, none of which are attributable to Penn, we respectfully request a further extension of the expert deadlines in this case by two weeks as follows:

|  | **Current Deadline, per ECF Doc. 35** | **New Proposed Deadline** |
|---|---|---|
| Expert Reports | Jan. 2, 2025 | Jan. 16, 2025 |
| Rebuttal Expert Reports | Jan. 16, 2025 | Jan. 30, 2025 |
| Expert Depositions | Jan. 30, 2025 | Feb. 13, 2025 |

At this time, I am also respectfully requesting a postponement of the trial of this case due to scheduling conflicts. I am scheduled to be out of town for my children's spring break from school the week of trial, April 21-25, 2025, although admittedly, I have not yet purchased flights or hotels. Therefore, I am respectfully requesting a telephonic conference with the Court to discuss the rescheduling of the trial.

                                                          Respectfully yours,

                                                          Leslie Miller Greenspan

cc:    Mart Harris, Esquire (via email)

*"Making Results Happen"*
*Ten Penn Center • 1801 Market Street, Suite 2500 • Philadelphia, PA 19103*
*Tel 215.875.0609 • Fax 215.559.6209*
**www.tlgattorneys.com**