IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| APRIL PLOEGER,<br><br>              Plaintiff,<br><br>   v.<br><br>TRUSTEES OF UNIVERSITY OF PENNSYLVANIA,<br><br>              Defendant. | CIVIL ACTION<br>NO. 22-2389 |

## ORDER

**AND NOW**, this 10th day of January 2025, it is **ORDERED** that the parties in the above-captioned case must appear before Judge Scott W. Reid on **April 15, 2025 at 10 a.m.**, for a mandatory mediation in Room 3042, U.S. Courthouse, 601 Market Street, Philadelphia, Pennsylvania.  The parties and/or persons with full authority to settle must accompany counsel to the mediation unless excused in advance by Judge Reid.  No continuances will be granted.

BY THE COURT:

/s/ Joel H. Slomsky, J.
JOEL H. SLOMSKY, J.