**TLG TUCKER LAW GROUP**

April 10, 2025

<u>**Via ECF**</u>
The Honorable Joel H. Slomsky
United States District Court
5614 James A. Byrne United States Courthouse
601 Market Street
Philadelphia, PA 19106

    RE: <u>April Ploeger v. The Trustees of the University of Pennsylvania, E.D. Pa., No. 2:22-cv-02389-JHS</u>

Dear Judge Slomsky:

  We are in receipt of Plaintiff's Motion to Compel (doc. 42).  In accordance with the Court's practices and procedures, we respectfully request a telephone conference to address the Motion.

           Respectfully yours,

           *Leslie Miller Greenspan*

           Leslie Miller Greenspan

cc: Mart Harris, Esquire (via ECF)