# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| April Ploeger | : |
| v. | : CASE NO. 22cv-2389 |
| Trustees of the University of Pennsylvania. | : |

# O R D E R

AND NOW, this 14th day of April, 2025, it is hereby ORDERED that the settlement conference scheduled in this matter for April 15th, 2025, is HEREBY CANCELED and will be rescheduled.

BY THE COURT:

*/s/ Scott W. Reid*

SCOTT W. REID
UNITED STATES MAGISTRATE JUDGE