IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| APRIL PLOEGER,<br><br>        Plaintiff,<br><br>v.<br><br>TRUSTEES OF THE UNIVERSITY<br><br>OF PENNSYLVANIA,<br><br>        Defendant. | CIVIL ACTION<br>NO. 22-2389 |

## ORDER

**AND NOW**, this 14th day of April 2025, upon consideration of the request for a telephone conference filed by Leslie Miller Greenspan, Esquire, counsel for Defendant (Doc. No. 45) regarding Plaintiff's Motion to Compel (Doc. No. 42), it is **ORDERED** that a telephone conference with counsel for the parties will be held on April 17, 2025 at 1:00 p.m. Counsel shall initiate the call to Chambers at (267) 817-5858 and use access code 504 270 423#.

BY THE COURT:

/s/ Joel H. Slomsky, J.
JOEL H. SLOMSKY, J.