IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| APRIL PLOEGER,<br><br>               Plaintiff,<br><br>   v.<br><br>TRUSTEES OF UNIVERSITY OF PENNSYLVANIA,<br><br>               Defendant. | CIVIL ACTION<br>NO. 22-2389 |

**ORDER**

**AND NOW**, this 17th day of April 2025, upon consideration of Plaintiff's Motion to Compel Discovery and Sanction Defendant (Doc. No. 42), Defendant's Response in Opposition to Plaintiff's Motion to Compel Discovery and Sanction Defendant (Doc. No. 49), and the arguments of counsel for the parties during an on-the-record telephone conference with the Court on this day, it is **ORDERED** that the Motion (Doc. No. 42) is **DENIED** for the reasons stated by the Court on the record at the telephone conference. It is **FURTHER ORDERED** that Defendant may depose Susan Shapiro, a former employee of Defendant, on the limited topic described in footnote 1.[1]

BY THE COURT:

/s/ Joel H. Slomsky, J.
JOEL H. SLOMSKY, J.

---

[1] The deposition of Susan Shapiro shall be limited to questioning her on: (1) her job title and description in February 2016 at Penn; (2) dates of her employment at Penn; and (3) the email exchanges among Plaintiff April Ploeger, Hikaru Kozuma, and Susan Shapiro on February 9, 2016 and February 10, 2016 about Penn's actions regarding or in response to the emails. (See Doc. 43-1 at 2–8; see also Doc. 49-1 at 15.)