

April 21, 2025
***VIA ELECTRONIC MAIL***

The Honorable Joel H. Slomsky
United States District Court
Eastern District of Pennsylvania
Philadelphia Division
5614 James A. Byrne United States Courthouse
601 Market Street
Philadelphia, PA 19106
Chambers_of_Judge_Joel_H_Slomsky@paed.uscourts.gov

      Re:    **Ploeger v. Penn**
             **2:22-cv-02389-JHS**
             **Clarification of ECF 50**

Dear Judge Slomsky,

I am writing in reference to the Order entered at ECF 50, in regards to the April 17, 2025 Conference held in this case. At the conference the Court asked if the undersigned would like to depose Susan Shapiro and orally Ordered same. The Order at ECF 50 grants Defendant (Penn) leave to depose Ms. Shapiro. The undersigned seeks to clarify whether this will be Plaintiff's deposition or Defendant's.

Best regards,


/s/Mart Harris
Mart Harris, Esquire
*Trial lawyer for April Ploeger*



cc:    Leslie Greenspan, Esq.
        *via e-mail to* LGreenspan@TLGAttorneys.com

The Trial Law Firm, LLC
Fort Pitt Commons, Suite 220
445 Fort Pitt Boulevard
Pittsburgh, Pennsylvania 15219

Mart Harris
412.588.0030 (p)
412.265.6505 (f)
MH@TLawF.com



*Date- Stuff*