IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

APRIL PLOEGER,

              Plaintiff,

v.

TRUSTEES OF UNIVERSITY OF PENNSYLVANIA,

              Defendant.

CIVIL ACTION
NO. 22-2389

## ORDER

**AND NOW**, this 21st day of April 2025, upon consideration of the letter dated April 21, 2025 (Doc. No. 51) filed by Matt Harris, Esquire, counsel for Plaintiff, it is **ORDERED** that the Order dated April 17, 2025 (Doc. No. 50) is modified only as follows: It is **FURTHER ORDERED** that Plaintiff may depose Susan Shapiro, a former employee of Defendant, on the limited topic described in footnote 1.

BY THE COURT:

/s/ Joel H. Slomsky, J.
JOEL H. SLOMSKY, J.