IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| APRIL PLOEGER,<br><br>                              Plaintiff,<br>v.<br><br>TRUSTEES OF THE UNIVERSITY<br>OF PENNSYLVANIA,<br><br>                              Defendant. | CIVIL ACTION<br>NO. 22-02389 |

### ORDER

**AND NOW**, this 6th day of May 2025, upon consideration of the federal holiday, it is **ORDERED** that the Final Pretrial Conference scheduled for November 27, 2025 at 2:30 p.m. will be held on **November 25, 2025 at 2:30 p.m.** in Courtroom 13A, United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania.

                                                                        BY THE COURT:

                                                                         /s/ Joel H. Slomsky, J.
                                                                        JOEL H. SLOMSKY, J.