```
         IN THE UNITED STATES DISTRICT COURT
      FOR THE EASTERN DISTRICT OF PENNSYLVANIA

                 PHILADELPHIA DIVISION



APRIL PLOEGER,                      Case No.
                                    2:22-CV-02389-JHS

        Plaintiff,


   v.


TRUSTEES OF THE UNIVERSITY
OF PENNSYLVANIA,


        Defendants.




                          - - -

      ZOOM DEPOSITION OF MARCUS RYAN MILLER

                  APRIL 7, 2025

                          - - -








                    Reported by:
     Kim Simms Strnisa - Court Reporter
              1424 Roosevelt Road
            Pittsburgh, PA  15237
    412.969-4506 - jeanne@strideaway.net
```

34

1  No. 32.  It reads "Penn's actions regarding
2  or in response to the documents found at
3  Bates D," and a long stream of numbers, "as
4  well as Bates TLFPLTAP 2202."
5           Aside from not actually reading the
6  long string of numbers, did I read that
7  correctly?
8       A.   Yes.
9       Q.   Prior to today, did you discuss any
10 specific documents related to your deposition?
11      A.   Any -- did I discuss any documents
12 related to the deposition, that's the
13 question?
14      Q.   Yes.
15      A.   Yes.  I just -- yeah.  So --
16           MS. GREENSPAN:  It's just a yes or
17 no.
18           THE WITNESS:  Yes.
19 BY MR. HARRIS:
20      Q.   How much time did you spend preparing
21 for your deposition?
22      A.   I would say maybe six hours.
23      Q.   And when did you do those six hours
24 of preparation?
25      A.   Prior to meeting with General Counsel

157

1  about their accommodation process, it doesn't
2  necessarily mean that person has -- has any
3  formal role in the determination of
4  accommodations.
5        Q.   Do you know whether or not Hikaru
6  Kozuma had a role in the determination or
7  handling of April's accommodation request?
8        A.   Based on the documentation and the --
9  that is available and the additional
10 documentation that I was able to provide,
11 Weingarten Center staff are the only staff
12 members who are -- who coordinate and run --
13 or, like, make determinations about
14 accommodations relating to disability.
15       Q.   So you didn't call Susan because she
16 didn't work there anymore, at Penn.  You
17 didn't call Kozuma because he didn't work in a
18 specific office, even though you're here to
19 testify about Penn's actions, not just your
20 office's actions.
21            Do I have that correct?
22            MS. GREENSPAN:  Objection to your
23 characterization.
24            You may answer.
25            THE WITNESS:  From this

158

1    documentation, I can see that Dr. Kozuma was
2    included as a recipient of the message.  My
3    interpretation is that the message is
4    addressed to Dr. Shapiro as a member of the
5    Weingarten Center staff.
6            I don't see in the text or the email
7    any reference to Dr. Kozuma.  I can't tell
8    from the emails from Dr. Shapiro if he was
9    included on her messages.
10           So, as far as I can see, he's a
11   staff member that the student included in
12   their -- as a recipient, but didn't have any
13   other kind of observable role in this
14   communication.
15   BY MR. HARRIS:
16       Q.    Do you know whether, as indicated
17   at the bottom of this first paragraph of the
18   email, Susan Shapiro or Hikaru Kozuma
19   contacted the VP they report to?
20       A.    Yeah, I mean, I see that the student
21   wrote that information.
22           Susan Shapiro reported to Dr. Myrna
23   Cohen, who's the executive director of the
24   Weingarten Center.  And it has a hierarchical
25   structure, so we report to our -- that's what