IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| April Ploeger,<br><br>            Plaintiff,<br><br>v.<br><br>The Trustees of the University of Pennsylvania,<br><br>           Defendant. | **Civil Action**<br><br>**No. 2:22-cv-2389-JHS** |

## PRAECIPE TO ATTACH EXHIBITS TO DEFENDANT'S SUPPLEMENT TO ITS MOTION FOR SUMMARY JUDGMENT

TO THE CLERK OF THE COURT:

Kindly attach Exhibits 64-67 to Defendant's Supplement to its Motion for Summary Judgment, which was electronically filed on June 10, 2025 (doc. 64), which are attached hereto.

                                              Respectfully submitted,

                                              **TUCKER LAW GROUP, LLC**

Date: June 11, 2025                     /s/ Leslie Miller Greenspan
                                              Joe H. Tucker, Jr., Esquire
                                              Leslie Miller Greenspan, Esquire
                                              1801 Market Street, Suite 2500
                                              Philadelphia, PA 19103
                                              (215) 875-0609
                                              Attorneys for Defendant,
                                              The Trustees of the University of Pennsylvania

## **CERTIFICATE OF SERVICE**

I, Leslie Miller Greenspan, Esquire certify that on this date, I caused a copy of the foregoing document to be electronically filed through the Court's ECF System and that a notice of electronic filing will be generated to the following counsel of record, thereby constituting service of the document:

Mart Harris, Esquire
The Trial Law Firm, LLC
428 Forbes Avenue, Suite 1700
Pittsburgh, PA 15219
MH@TLawF.com

**TUCKER LAW GROUP, LLC**

Date: June 11, 2025

/s/ Leslie Miller Greenspan
Leslie Miller Greenspan, Esquire