**TLG** TUCKER LAW GROUP

June 24, 2025

<u>**Via ECF**</u>
The Honorable Joel H. Slomsky
United States District Court
5614 James A. Byrne United States Courthouse
601 Market Street
Philadelphia, PA 19106

      RE:    <u>April Ploeger v. The Trustees of the University of Pennsylvania, E.D. Pa., No. 2:22-cv-02389-JHS</u>

Dear Judge Slomsky:

    I represent Defendant, The Trustees of the University of Pennsylvania, in the above-captioned matter. My office is in receipt of Plaintiff counsel's June 24, 2025 correspondence to the Court (Doc. 68), requesting a ten (10) day extension to file their response to Defendant's Motion for Summary Judgement. Please be advised that I have no objections to this request.

    Thank you for your attention to this matter.

                                     Respectfully yours,

                                     Kathleen Kirkpatrick

cc:    Mart Harris, Esquire (via ECF)