IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| APRIL PLOEGER,<br><br>                Plaintiff,<br><br>v.<br><br>TRUSTEES OF UNIVERSITY OF PENNSYLVANIA,<br><br>                Defendant. | CIVIL ACTION<br>NO. 22-2389 |

## ORDER

**AND NOW**, this 25th day of June 2025, upon consideration of the unopposed letter dated June 24, 2025 from Marty Harris, Esquire, counsel for Plaintiff (Doc. No. 68) requesting a ten (10)-day extension to file a Response to Defendant's Motion for Summary Judgment (Doc. No. 36), it is **ORDERED** that the request is **GRANTED**. Plaintiff shall file a Response to Defendant's Motion for Summary Judgment by July 11, 2025.

BY THE COURT:

/s/ Joel H. Slomsky, J.
JOEL H. SLOMSKY, J.