

June 27, 2025

**Via ECF**
The Honorable Joel H. Slomsky
United States District Court
5614 James A. Byrne United States Courthouse
601 Market Street
Philadelphia, PA 19106

      RE:    <u>April Ploeger v. The Trustees of the University of Pennsylvania, E.D. Pa., No. 2:22-cv-02389-JHS</u>

Dear Judge Slomsky:

    On behalf of the Defendant, The Trustees of the University of Pennsylvania, I write to respectfully request a stay of the pretrial filing deadlines set forth in the Court's Seventh Amended Order (doc. No. 41, paras. 2-6), pending the Court's ruling on Defendant's Motion for Summary Judgment (Doc. 36.)[1]

    Good cause exists to grant this request, as preparing for trial while the case may be resolved in whole or in part through summary judgment would result in unnecessary expenditure of resources by both parties and the Court.

    Plaintiff's counsel does not consent to this request.

    Defendant respectfully requests for this Honorable Court stay the pretrial filing deadlines contained in the February 27, 2025 Seventh Amended Order (doc. 41, paras. 2-6), pending resolution of Defendants' Motion for Summary Judgment, and all supplements related thereto.

---

[1] This Court ordered the parties additional time to file supplemental motions for summary judgment. (Doc. 59.) On June 10, 2025, Defendant filed its Supplement to its Motion for Summary Judgment (Docs. 64 and 65.) Per this Court's recent Order, Plaintiff's Response is now due on June 25, 2025. (Doc. 70.)

The Honorable Joel H. Slomsky
June 27, 2025
Page 2

                                    Respectfully yours,

                                    Hillary B. Weinstein, Esquire

cc:    Marty Harris, Esquire (via ECF)